648

Jack LAWSON and George Nichols v. Edwin TOOMBS, No. 393-79

August 19, 1980. Motion of Edwards C. O'Boyle, Jr., to intervene is denied, without prejudice to his claim of lien. Edwin Toombs' request that Mr. O'Boyle withdraw as counsel is granted. Permission is hereby given to Mr. O'Boyle to file an amicus curiae brief if he is so disposed.

IN RE K. Y., Juvenile, No. 218-80

August 19, 1980. Stipulation for early hearing will be considered when all briefs have been filed.
Daley, J.

IN RE APPLICATION OF David PIPPIN, Mark Pippin, and William Pippin, No. 276-80

August 19, 1980. Appellant's response to appellee's motion to dismiss shall be filed by August 29, 1980.
Daley, J.

Marjorie S. TRUESDELL v. Paul G. TRUESDELL, No. 356-78

August 27, 1980. Appellee's motion to proceed in forma pauperis is denied.
Daley, J.

Roberta J. HACKEL v. VERMONT STATE COLLEGES, No. 204-80

August 27, 1980. Motion for consolidation with docket numbers 205-80, 206-80, 207-80, and 208-80 is denied. Permission to brief and argue these matters together is granted.
Daley, J.

Louise ESIASON v. VERMONT STATE COLLEGES, No. 205-80

August 27, 1980. Motion for consolidation with docket numbers 204-80, 206-80, 207-80, and 208-80 is denied. Permission to brief and argue these matters together is granted.
Daley, J.

Joseph WHELAN v. VERMONT STATE COLLEGES, No. 206-80

August 27, 1980. Motion for consolidation with docket numbers 204-80, 205-80, 207-80, and 208-80 is denied. Permission to brief and argue these matters together is granted.
Daley, J.